# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| VIZO | E 1930590 | M. Hanley | 1173 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☑CFR ☐ USC ☐ State Code |
|---|---|
| 03/01/2024 1501 | 36 CFR 4.12 |

Place of Offense

NPS Boat Ramp

Offense Description: Factual Basis for Charge                    HAZMAT ☐

Vehicle Left unattended

### DEFENDANT INFORMATION

Last Name: McDaniel   First Name: David

Street Address: ███████████

| Tag No. | State | Year | Make/Model | PASS ☐ Color |
|---|---|---|---|---|
| JBB 551 | VT | 05 | Toyota Tacoma | Silver |

**APPEARANCE IS REQUIRED**

A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**

B ☑ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

NP9A0058763/670000

$ 75   Forfeiture Amount

+ $30 Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov

$ 105   Total Collateral Due

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:                    Date:

Time:

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Left on Vehicle

Original - CVB Copy

*E1930590*

CVB SCAN 04/02/2024 11:45

---

(For issuance of an arrest warrant or summons)

I state that on _____, 20_____ while exercising my duties as a law enforcement officer in the _____ District of _____

_____

The foregoing statement is based upon:

☐ my personal observation   ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 04/02/2024 11:45